IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff | * <br> * <br> * |
| v. | *    Civil No. 98-1816(SEC) <br> *    Foreclosure of Mortgage <br> * |
| MARITZA LEON ROSADO <br> Defendant | * <br> * |

**************************************

**ORDER OF EVICTION**

Upon motion by Arquelio Acosta Oliveras, and it appearing from the records of the Court that the public sale of the mortgaged property was adjudicated to Arquelio Acosta Rivera, and that the defendant and/or present occupants are still occupying the property and have refused to surrender the same to the plaintiff,

**NOW THEREFORE**, the Court hereby **ORDERS** the United States Marshal for this District to proceed forthwith and to evict the defendant and/or present occupants from the property referred to in said judgment and described herein as further provided:

URBANA: Solar radicado en el Barrio Santo Domingo del Término municipal de Peñuelas, Puerto Rico marcado con el número DOS (2) del Boloque Doble "A" (AA) en el Plano de inscripción de la Urbanización Extensión Alturas de Peñuelas II, en el caso número Noventa guión Sesenta y Dos guión "C" guión Ochocientos Ochenta y Siete "PPI" ( 90-62-C-887-PPI) con una cabida superficial de TRESCIENTOS DIEZ PUNTO NOVECIENTOS CUARENTA Y OCHO METROS CUADRADOS (310.948 M/C). En Lindes: por el NORTE, en una distancia de Trece Punto Diez Metros Lineales (13.10 M/L) con la carretera Puerto Rico Número Ciento Treinta y dos; por el SUR, en distancia de Trece Punto Diez Metros Lineales (13.10 M/L) con la Calle número Dos; por el ESTE, en una distancia de Veintitres punto Setecientos Dieciocho Metros Lineales (23.718 M/L) con el solar número uno (1) del Bloque "AA", y por el OESTE, en una distancia de Veintitres Punto Setecientos Cincuenta y Cinco Metros Lineales (23.755 M/L) con el solar Tres (3) del Bloque "AA". En su colindancia Norte, este solar está afectado con un talud que tiene un área superficial de Treinta y Tres Punto Sesenta y un Metros Cuadrados (33.61 M/C).

USM

AO 72A
(Rev. 8/82)



**Civil No. 98-1816(SEC)** 2

ENCLAVA una casa de hormigón armado y bloques para propósitos residenciales, de una sola planta que consta de Tres (3) dormitorios, Un (1) baño, sala-comedor, cocina y marquesina para Un (1) vehículo.

Plaintiff's mortgage is recorded at page 82 (it appears at the Registry of the Property that mortgage is recorded at page 81), volume 159 of Peñuelas, property number 5998, 1st Inscription at the Registry of the Property of Ponce II, Puerto Rico.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)